In the Matter of the Claim of SAM SPOMER, Appellant, v. WESTRON CORPORATION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— STALEY, JR., J.

622

Herlihy, P. J., Reynolds, Aulisi, Staley, Jr., and Greenblott, JJ., concur in memorandum by Staley, Jr., J.